THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
*v.* ANTHONY MAIORANO, Appellant.

(Argued April 12, 1933; decided April 28, 1933.)

*John P. Sweeny* and *Joseph J. Cioffi* for appellant.

*Thomas C. T. Crain, District Attorney (Joshua Egelson* of counsel), for respondent.

No opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN and CROUCH, JJ. Not sitting: HUBBS, J.